UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BRESSELSMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>NDOC, et al.,<br><br>    Defendants. | Case No.: 2:22-cv-02084-GMN-VCF<br><br>**ORDER** |

On December 16, 2022, pro se plaintiff David Bresselsmith, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a complaint under 42 U.S.C. § 1983 but did not pay the $402 filing fee for a civil action or apply to proceed *in forma pauperis*. (ECF Nos. 1, 1-1). Plaintiff must either pay the filing fee for a civil action or properly apply to proceed *in forma pauperis* to proceed with this action.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See id.* at § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. LSR 1-1. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

To apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** (pages 1–3 of the Court's form) that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate** (page 4 of the Court's form) that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See id.* at § 1915(a)(1)–(2); Nev. LSR 1-2. Even if Plaintiff has not been at the NDOC facility for a full six-month period, he must still submit both a financial certificate

and an inmate account statement for the dates he has been at the facility with his application.

IT IS THEREFORE ORDERED that Plaintiff has **until March 27, 2023** to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if he fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when he can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff David Bresselsmith the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint (ECF No. 1-1) but not file it at this time.

DATED THIS 26th day of January 2023.

_____
UNITED STATES MAGISTRATE JUDGE