**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAVID BRESSELSMITH,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>NDOC, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-cv-02084-GMN-VCF<br><br>**ORDER**<br><br>(ECF No. 13) |

On June 2, 2023, the Court granted Plaintiff David Bresselsmith's motion to extend the deadline for him to file an amended complaint to July 17, 2023. (ECF No. 11). Eleven days later, Plaintiff filed a notice informing the Court and the Interested Party that he was choosing not to file an amended complaint, and wanted to proceed to mediation on the claims under the Americans with Disabilities Act ("ADA") and Rehabilitation Act ("RA") that the Court permitted to proceed in its March 2, 2023, screening order. (ECF No. 13). The Court notes that the Office of the Attorney General of the State of Nevada has filed a limited notice of appearance for the purpose of settlement discussions. (ECF No. 12).

IT IS THEREFORE ORDERED that, considering Plaintiff's notice of intent to proceed (ECF No. 13), the original complaint (ECF No. 6) is Plaintiff's operative pleading, and this action will proceed only on Plaintiff's claims under the ADA and RA against the Nevada Department of Corrections as stated in the Court's March 2, 2023, screening order (ECF No. 5).

The parties are reminded that this action has been stayed to allow them an opportunity to settle their dispute before an answer is filed or the discovery process begins. (ECF No. 8). No other pleadings or papers should be filed in this case until the Court lifts the stay. The parties need not respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so. And the Court will enter a separate order scheduling an early mediation conference.

DATED THIS __15th__ day of __June__ 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE