AARON D. FORD
  Attorney General
JESSICA BROWN (Bar No. 14487)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
(702) 486-3326 (phone)
(702) 486-3773 (fax)
Email: j.brown@ag.nv.gov

*Attorneys for Defendant*
*Nevada Department of Corrections*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID BRESSELSMITH, | Case No. 2:22-cv-02084-GMN-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| NDOC, *et al.*, | |
| Defendants. | |

Defendant, Nevada Department of Corrections, by and through counsel Aaron D. Ford, Attorney General of the State of Nevada, and Jessica Brown, Deputy Attorney General, and Plaintiff, David Bresselsmith, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

. . .

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 8th day of September, 2023.

By: /s/ David Bresselsmith
David Bresselsmith
Plaintiff, *Pro Se*

DATED this 8th day of September, 2023.
AARON D. FORD
Attorney General

By: /s/ Jessica Brown
Jessica Brown, (Bar No. 14487)
*Attorneys for Defendant, NDOC*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED _____October 9_____, 2023.

_____
U.S. District Court Judge